IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD MOSER, <br>     PLAINTIFF, <br> V. <br> NIKOLAS PAPADOPOULOS, <br> ATHAMASIOS PAPADOPOULOS, <br> PAMELA PAPADOPOULOS, <br> PARTHANA MAKROPOULOS, <br> ANGELO BEKAS, NTP MARBLE, INC. <br>     DEFENDANTS. | CIVIL NO. 10-6791 |

## ORDER

**AND NOW,** this 15th day of June 2011, upon review of the Notice of Removal by Defendants Nikolaos Papadopoulos, Athamasios Papadopoulos, Pamela Papadopoulos, Parthana Makropoulos, Angelo Bekas, and NTP Marble, Inc [doc. no. 1], Plaintiff's Motion to Remand [doc. no.3], and Defendants' Response thereto [doc. no. 5]. and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that this matter is **REMANDED** to the Court of Common Pleas of Delaware County for lack of subject-matter jurisdiction.

It is further **ORDERED** that Defendants' Motion to Dismiss [doc. no. 6] is hereby **DISMISSED** as moot.

The Clerk of Court is directed to mark this case as **CLOSED.**

It is so **ORDERED.**

                                                         **BY THE COURT:**

                                                         /s/ Cynthia M. Rufe

                                                         **HON. CYNTHIA M. RUFE**